Commonwealth ex rel. Kehl, Appellant, *v.* Myers.

Submitted March 6, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Robert E. Kehl,* appellant, in propria persona.

*Solomon Lubin,* Assistant District Attorney, *Vincent M. Quinn,* First Assistant District Attorney, and *Stephen A. Teller,* District Attorney, for appellee.

Opinion Per Curiam, March 22, 1961:

The Order of the Court of Common Pleas of Luzerne County is affirmed on the opinion of Judge Frank L. Pinola for the court below, reported at 23 Pa. D. & C. 2d 459.

In addition to the authority cited in Judge Pinola's opinion, we add *Com. ex rel. Reed v. Maroney,* 194 Pa. Superior Ct. 514, 168 A. 2d 800.